# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

December 7, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Nickeisha Salmon
        **Chapter 13 Bankruptcy**
        **Case No. 5-14-01589**

Dear Sir/Madam:

    I have received returned mail for **GECRB/LOWES,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO BOX 103104 ROSWELL, GA 30076-9104 . Please be advised the correct information is as follows.

        GECRB/ LOWES
        PO BOX 530914
        ATLANTA, GA 30353

I served the Notice to Creditors & Other Parties at the above address on (DEC. 8, 2016). Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,


        /s/ Tullio DeLuca, Esquire

TD/th