UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NICKEISHA KHADENE LAMEY
SALMON
AKA: NICKEISHA KHADENE
LAMEY, NICKEISHA LAMEY,
NICKEISHA SALMON
DBA: BROTHERS GOODS & SERVICE

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-14-01589-JJT

NICKEISHA KHADENE LAMEY
SALMON
AKA: NICKEISHA KHADENE
LAMEY, NICKEISHA LAMEY,
NICKEISHA SALMON
DBA: BROTHERS GOODS & SERVICE

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 23, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 23, 2017, the Debtor(s) is/are $4028.00 in arrears with a plan payment having last been made on Sep 18, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 23, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NICKEISHA KHADENE LAMEY SALMON
AKA: NICKEISHA KHADENE LAMEY,
NICKEISHA LAMEY,
NICKEISHA SALMON
DBA: BROTHERS GOODS & SERVICE

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

NICKEISHA KHADENE LAMEY SALMON
AKA: NICKEISHA KHADENE LAMEY, NICKEISHA LAMEY, NICKEISHA SALMON
DBA: BROTHERS GOODS & SERVICE

    Respondent(s)

CHAPTER 13

CASE NO: 5-14-01589-JJT

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on October 23, 2017.

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504-

NICKEISHA KHADENE LAMEY SALMON
663 AVOY RD.
LAKE ARIEL, PA 18436

    RESPECTFULLY SUBMITTED,

    /s/ Liz Joyce
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: October 23, 2017