United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Nickeisha Khadene Lamey Salmon  
    Debtor

Case No. 14-01589-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: DDunbar     Page 1 of 1     Date Rcvd: Oct 24, 2017  
                 Form ID: pdf010     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
```
db              +Nickeisha Khadene Lamey Salmon,    663 Avoy Rd.,    Lake Ariel, PA 18436-4912
4472324        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Bankruptcy Department,    4161 Piedmont Pkwy.,
                 NC4-105-03-14,    Greensboro, North Carolina 27410)
4472325         +Chase Home Finance,    3415 Vision Dr.,    Attn: Bankruptcy Dept.,    Columbus,, Ohio 43219-6009
4472326         +Citicards,   Box 6500,    Sioux Falls, South Dakota 57117-6500
4720310         +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
4889645         +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4472328         +KML Law Group, P.C. (Suite 5000, BNY Mel,    Suite 5000, BNY Mellon Independence Ctr.,
                 701 Market St.,    Philadelphia, Pennsylvania 19106-1538
4472329         +Northland Group,    P.O. Box 390905,    Minneapolis, Minnesota 55439-0905
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4485509         +E-mail/Text: bncmail@w-legal.com Oct 24 2017 19:15:33      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4472327         +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 19:14:53      GECRB/ LOWES,    PO BOX 530914,
                 ATLANTA, GA 30353-0914
4472330          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2017 19:33:40
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,    Norfolk, Virginia 23502
4515578          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2017 19:20:31
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio DeLuca     on behalf of Debtor 1 Nickeisha Khadene Lamey Salmon tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| NICKEISHA KHADENE LAMEY SALMON<br>AKA: NICKEISHA KHADENE LAMEY, NICKEISHA LAMEY, NICKEISHA SALMON<br>AKA: BROTHERS GOODS & SERVICE<br>                                              **Debtor(s)** | Chapter: 13<br><br>Case No.: 5:14-bk-01589-JJT |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>     vs.     **Movant(s)** | Document No.: 52 |
| NICKEISHA KHADENE LAMEY SALMON<br>AKA: NICKEISHA KHADENE LAMEY, NICKEISHA LAMEY, NICKEISHA SALMON<br>DBA: BROTHERS GOODS & SERVICE<br>                                   **Respondent(s)** | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default on Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: October 24, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)